

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-26-2007

# In Re: Martin Veloz

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-2841

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"In Re: Martin Veloz " (2007). *2007 Decisions.* Paper 693.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/693

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 07-2841
_____

IN RE:  MARTIN VELOZ,
a/k/a Mayobanex DeJesus Adames,
Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Eastern District of Pennsylvania
(Related to E.D. Pa. Crim. No. 91-cr-00487)

_____

Submitted Under Rule 21, Fed. R. App. P.
July 13, 2007
Before:     SCIRICA, Chief Judge, WEIS and GARTH, Circuit Judges

(Filed: July 26, 2007)

_____

OPINION
_____

PER CURIAM.

On June 21, 2007, Martin Veloz, a.k.a. Mayobanex Dejesus Adames, filed a

petition for writ of mandamus requesting that we direct the District Court to enter a

judgment of sentence in his criminal case.  On June 22, 2007, the District Court entered

the judgment of sentence.  In light of the District Court's action, the question Veloz

1

presented is no longer a live controversy, so we will deny the petition as moot.  See, e.g.,

Lusardi v. Xerox Corp., 975 F.2d 964, 974 (3d Cir. 1992).